UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK JASON BOREL,<br><br>        Petitioner,<br><br>  v.<br><br>NEIL CLARK,<br><br>        Respondent. | CASE NO. C07-1008-RAJ-MJB<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, any objections or responses to that, and the remainder of the record, finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

(2) Respondent's Motion to Dismiss (Dkt. #13) is GRANTED, and this action is DISMISSED.

(3) The Clerk shall send a copy of this Order of Dismissal to petitioner, to counsel for respondent, and to Judge Benton.

DATED this the 9th day of January, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER
PAGE – 1